1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ARON MIRON,                           No.  2:22-cv-0658 DB P

11                    Plaintiff,

12        v.                               ORDER

13   CALIFORNIA HEATH CARE
     FACILITY,
14
                      Defendant.
15

16        Plaintiff, a state prisoner at California Health Care Facility, has filed a letter seeking court

17   intervention regarding his medical needs.  (ECF No. 1.)  No other pleadings have been filed by

18   the plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule

19   3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or

20   file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a),

21   1915(a).  The court will not issue any orders granting or denying relief until an action has been

22   properly commenced.  Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff

23   will be provided the opportunity to file his complaint, and to submit an application requesting

24   leave to proceed in forma pauperis or to submit the appropriate filing fee.

25   ////

26

27   ─────────────────────────

28   [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
     but will be allowed to pay it in installments.

1

1   ////

2          In accordance with the above, IT IS HEREBY ORDERED that:

3          1.  Plaintiff's request for court intervention (ECF No. 1) is denied without prejudice;

4          2.  Plaintiff is granted thirty days from the date of service of this order to file a complaint

5   that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

6   and the Local Rules of Practice; the complaint must bear the docket number assigned this case;

7   plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within

8   thirty days from the date of this order, the application to proceed in forma pauperis on the form

9   provided by the Clerk of Court, or the filing fee in the amount of $402.00.[2]  Plaintiff's failure to

10  comply with this order will result in a recommendation that this matter be dismissed; and

11         3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil

12  rights action, and the application to proceed in forma pauperis by a prisoner.

13  Dated: April 22, 2022

14

15

16                                                          _____

17                                                          DEBORAH BARNES
                                                            UNITED STATES MAGISTRATE JUDGE
18

19  DB:12
    DB/DB Prisoner Inbox/Civil Rights/R/miro0658.nocompl
20

21

22

23

24

25

26

27  [2]  The $402.00 is comprised of the $350.00 filing fee and a $52.00 administrative fee.  If plaintiff
    is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $52.00
28  administrative fee.