UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON,<br><br>           Plaintiff,<br><br>   v.<br><br>CALIFORNIA HEATH CARE FACILITY,<br><br>           Defendant. | No.  2:22-cv-00658-TLN-DB<br><br>**ORDER** |

      Plaintiff, a state prisoner at California Health Care Facility, filed a *pro se* letter seeking court intervention regarding his medical needs.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 26, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 4.)  Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 26, 2022, are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close the case.

**DATE:  February 7, 2023**

Troy L. Nunley
United States District Judge

2